AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Harris, Pamela A. | U.S. Court of Appeals, Fourth Circuit | 05/01/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active Status | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

7201 Wisconsin Avenue
Suite 420
Bethesda, MD 20814

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | ▓▓▓▓ Revocable Trust |
| 2. | Trustee | ▓▓▓▓ Revocable Trust |
| 3. | Trustee | ▓▓▓▓ Trust |
| 4. | Trustee | ▓▓▓▓ Trust |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Google LLC - salary, bonus, Alphabet Inc. equity |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Pennsylvania Law School | 1/23/20-1/24/20 | Philadelphia, PA | Non-FJC educational program | Transportion, lodging, food |
| 2. | University of Michigan Law School | 2/23/20-2/24/20 | Ann Arbor, MI | Non-FJC educational program | Transportation, loding, food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 05/01/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harris, Pamela A.** | 05/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | SunTrust cash account | A | Interest | J | T | | | | | |
| 2. | M&T Bank cash acccount | A | Interest | J | T | | | | | |
| 3. | Bank of America cash accounts | A | Interest | O | T | | | | | |
| 4. | Northern Trust cash accounts | A | Interest | M | T | | | | | |
| 5. | Northwestern Mutual - whole life insurance policies | C | Dividend | M | T | Buy (add'l) | 12/31/20 | J | | |
| 6. | Aberdeen US Small Cap Equity Fund | | None | N | T | Buy (add'l) | 02/27/20 | J | | |
| 7. | | | | | | Buy (add'l) | 06/29/20 | J | | |
| 8. | Agilent Technologies Common | B | Dividend | M | T | | | | | |
| 9. | Alphabet Inc. Common | | None | P1 | T | Sold (part) | 8/11/20 | M | E | |
| 10. | | | | | | Sold (part) | 11/01/20 | L | | |
| 11. | American Century Equity Growth Fund | A | Dividend | | | Sold | 08/17/20 | J | | |
| 12. | American Funds EuroPacific Growth Fund | A | Dividend | K | T | | | | | |
| 13. | American Funds Growth Fund of America | C | Dividend | N | T | Buy (add'l) | 02/27/20 | J | | |
| 14. | | | | | | Buy (add'l) | 06/29/20 | J | | |
| 15. | American International Group Inc. Common | A | Dividend | J | T | | | | | |
| 16. | American International Group Inc. Warrants | | None | J | T | | | | | |
| 17. | Automatic Data Processing Common | D | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harris, Pamela A.** | 05/01/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Blackrock Advantage Large Cap Value Fund | D | Dividend | N | T | Buy (add'l) | 02/27/20 | J | | |
| 19. | | | | | | Buy (add'l) | 06/29/20 | J | | |
| 20. | Blackrock High Yield Bond Portfolio Fund | E | Int./Div. | O | T | Buy (add'l) | 01/21/20 | L | | |
| 21. | BNY Mellon Small/Mid Cap Growth Fund | | None | M | T | Buy (add'l) | 02/27/20 | J | | |
| 22. | | | | | | Buy (add'l) | 06/29/20 | J | | |
| 23. | Boston Partners All Cap Value Fund | B | Int./Div. | M | T | Buy (add'l) | 02/27/20 | J | | |
| 24. | | | | | | Buy (add'l) | 06/29/20 | J | | |
| 25. | Broadridge Financial Solutions, Inc. Common | A | Dividend | L | T | | | | | |
| 26. | CDK Global Inc. Common | A | Dividend | K | T | | | | | |
| 27. | Cisco Systems Inc. Common | B | Dividend | K | T | | | | | |
| 28. | Clearbridge Dividend Strategy Fund | C | Dividend | N | T | Buy (add'l) | 02/27/20 | J | | |
| 29. | | | | | | Buy (add'l) | 06/29/20 | J | | |
| 30. | Cigna Corp Common | A | Dividend | L | T | | | | | |
| 31. | Coca Cola Common | D | Dividend | M | T | | | | | |
| 32. | Davis New York Venture Fund | B | Dividend | N | T | | | | | |
| 33. | Dell Technologies Inc. Common | | None | J | T | | | | | |
| 34. | DFA International Small Company Portfolio Fund | A | Dividend | J | T | Buy (add'l) | 01/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harris, Pamela A.** | 05/01/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 02/04/20 | J | | |
| 36. | | | | | Buy<br>(add'l) | 09/04/20 | J | | |
| 37. DFA U.S. Core Equity 1 Portfolio Fund | E | Dividend | P1 | T | Buy<br>(add'l) | 01/21/20 | K | | |
| 38. Discover Financial Services Common | B | Dividend | L | T | | | | | |
| 39. Exxon Mobil Corp. Common | E | Dividend | M | T | | | | | |
| 40. Fidelity Advisor New Insights Fund | A | Dividend | N | T | Buy<br>(add'l) | 02/27/20 | J | | |
| 41. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 42. First Eagle Global Fund | C | Dividend | N | T | Buy<br>(add'l) | 02/27/20 | J | | |
| 43. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 44. Flexshares Morningstar Global Upstream<br>Natural Resources Index Fund | D | Dividend | N | T | Buy<br>(add'l) | 01/15/20 | J | | |
| 45. | | | | | Buy<br>(add'l) | 02/05/20 | J | | |
| 46. | | | | | Sold<br>(part) | 09/04/20 | J | | |
| 47. Flexshares STOXX Global Broad<br>Infrastrture Index Fund | C | Dividend | M | T | Buy<br>(add'l) | 01/15/20 | J | | |
| 48. | | | | | Buy<br>(add'l) | 02/05/20 | J | | |
| 49. | | | | | Buy<br>(add'l) | 09/08/20 | J | | |
| 50. Howard County, MD Municipal Bond | C | Interest | L | T | | | | | |
| 51. IBM Corp. Common | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Intel Corp. Common | C | Dividend | M | T | | | | | |
| 53. Janus Enterprise Fund | A | Dividend | K | T | | | | | |
| 54. Johnson & Johnson Common | D | Dividend | N | T | | | | | |
| 55. Keysight Technologies Inc. Common | | None | L | T | | | | | |
| 56. McDonald's Corp. Common | E | Dividend | O | T | Donated<br>(part) | | | | |
| 57. Medtronic PLC Common | D | Dividend | O | T | | | | | |
| 58. Merk & Co. Common | E | Dividend | N | T | | | | | |
| 59. MFS Value Fund | C | Dividend | M | T | Buy<br>(add'l) | 02/27/20 | J | | |
| 60. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 61. Morgan Stanley Common | B | Dividend | L | T | | | | | |
| 62. Northern Emerging Markets Equity Index Fund | A | Dividend | K | T | Buy<br>(add'l) | 01/14/20 | J | | |
| 63. | | | | | Buy<br>(add'l) | 02/04/20 | J | | |
| 64. | | | | | Sold<br>(part) | 09/04/20 | J | | |
| 65. Northern Global Real Estate Index Fund | D | Dividend | M | T | Buy<br>(add'l) | 01/03/20 | J | | |
| 66. | | | | | Buy<br>(add'l) | 01/14/20 | J | | |
| 67. | | | | | Buy<br>(add'l) | 02/04/20 | J | | |
| 68. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harris, Pamela A.** | 05/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 09/04/20 | J | | |
| 70. Northern High Yield Fixed Income Fund | A | Dividend | J | T | Buy<br>(add'l) | 01/03/20 | J | | |
| 71. | | | | | Buy<br>(add'l) | 01/14/20 | J | | |
| 72. | | | | | Buy<br>(add'l) | 02/04/20 | J | | |
| 73. | | | | | Sold<br>(part) | 09/04/20 | J | | |
| 74. Northern International Equity Index Fund | E | Dividend | P1 | T | Buy<br>(add'l) | 01/03/20 | J | | |
| 75. | | | | | Sold<br>(part) | 01/14/20 | J | | |
| 76. | | | | | Buy<br>(add'l) | 02/04/20 | J | | |
| 77. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 78. | | | | | Sold<br>(part) | 09/04/20 | J | | |
| 79. Northern Mid Cap Index Fund | D | Dividend | N | T | Buy<br>(add'l) | 12/18/20 | J | | |
| 80. Northern Small Cap Index Fund | B | Dividend | N | T | Buy<br>(add'l) | 01/03/20 | J | | |
| 81. | | | | | Buy<br>(add'l) | 01/14/20 | J | | |
| 82. | | | | | Buy<br>(add'l) | 01/21/20 | K | | |
| 83. | | | | | Buy<br>(add'l) | 02/05/20 | J | | |
| 84. | | | | | Buy<br>(add'l) | 09/04/20 | J | | |
| 85. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 05/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Northern Stock Index Fund | B | Dividend | L | T | Buy (add'l) | 01/03/20 | J | | |
| 87. | | | | | Buy (add'l) | 01/14/20 | J | | |
| 88. | | | | | Buy (add'l) | 02/04/20 | K | | |
| 89. | | | | | Buy (add'l) | 09/04/20 | J | | |
| 90. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 91. Oakmark International Fund | B | Int./Div. | M | T | Buy (add'l) | 02/27/20 | J | | |
| 92. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 93. Pfizer Inc. Common | D | Dividend | N | T | | | | | |
| 94. Prince George's County, MD Municipal Bonds | C | Interest | L | T | | | | | |
| 95. Principal Midcap Fund | | None | O | T | Buy (add'l) | 02/27/20 | J | | |
| 96. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 97. Schlumberger Ltd. Common | A | Dividend | K | T | | | | | |
| 98. SPDR S&P 500 ETF Trust | D | Dividend | O | T | | | | | |
| 99. T Rowe Price Structured Research Trust C | A | Dividend | J | T | Buy | 08/17/20 | J | | |
| 100. Texas Instruments Common | E | Dividend | O | T | | | | | |
| 101. Vanguard Developed Markets Index Fund | B | Dividend | L | T | Buy (add'l) | 01/01/20 | J | | |
| 102. Vanguard Emerging Markets Select Stock Fund | B | Dividend | M | T | Buy (add'l) | 01/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harris, Pamela A.** | 05/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard Emerging Markets Stock Index Fund | A | Dividend | L | T | Buy (add'l) | 01/01/20 | J | | |
| 104. Vanguard Explorer Fund | B | Dividend | M | T | | | | | |
| 105. Vanguard Extended Market Index Fund | B | Dividend | N | T | Buy (add'l) | 01/01/20 | J | | |
| 106. Vanguard Federal Money Fund | A | Dividend | J | T | Buy | 01/16/20 | J | | |
| 107. Vanguard 500 Index Trust Fund | B | Dividend | M | T | Buy (add'l) | 01/01/20 | J | | |
| 108. Vanguard Int'l Equity Index Funds Emerging Markets Stock Index Fund | D | Dividend | O | T | | | | | |
| 109. Vanguard International Growth Fund | B | Dividend | M | T | Buy (add'l) | 01/16/20 | J | | |
| 110. Vanguard Life Strategy Growth Fund | A | Dividend | J | T | | | | | |
| 111. Vanguard Mid-Cap Growth Fund | A | Dividend | M | T | Buy (add'l) | 01/16/20 | J | | |
| 112. Vanguard Mid-Cap Index Fund | B | Dividend | N | T | Buy (add'l) | 01/16/20 | J | | |
| 113. Vanguard PrimeCap Core Fund | D | Dividend | O | T | Buy (add'l) | 01/16/20 | J | | |
| 114. Vanguard REIT Index Fund | B | Dividend | M | T | Buy (add'l) | 01/01/20 | J | | |
| 115. Vanguard Small-Cap Index Fund | B | Dividend | M | T | | | | | |
| 116. Vanguard Total Bond Market Index Fund | | None | K | T | Buy (add'l) | 01/01/20 | J | | |
| 117. Vanguard Total Int'l Stock Market Index Fund | A | Dividend | L | T | Buy | 01/16/20 | L | | |
| 118. Vanguard Total Stock Market Index Fund | B | Dividend | M | T | | | | | |
| 119. Vanguard U.S. Growth Fund | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harris, Pamela A.** | 05/01/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | Vanguard Wellington Fund | A | Dividend | L | T | | | | | |
| 121. | Vanguard Windsor II Fund | B | Dividend | M | T | | | | | |
| 122. | Viatris Inc. Common | | None | K | T | Spinoff (from line 93) | 11/16/20 | K | | |
| 123. | Western Digital Corp. Common | | None | K | T | | | | | |
| 124. | Zoetis Inc. Common | A | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harris, Pamela A.** | 05/01/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII:

Alphabet Inc. shares (Part VII, lines 9-10) vested monthly throughout the year.

Vanguard funds with purchase date of 01/01/20 (Part VII, lines 101, 103, 105, 107, 114, 116) had purchases throughout 2020 from salary withholding.

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 05/01/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Pamela A. Harris**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544